# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY HODGE, | Case No. CV 08-3445-TJH (JEM) |
| Petitioner, | **JUDGMENT** |
| v. | |
| L. E. SCRIBNER, Warden, | |
| Respondent. | |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is denied and dismissed with prejudice.

DATED: January 4, 2010

TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE